**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

| | |
|---|---|
| Joanne T Almiro, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−01175 |
| | Honorable Rebecca R. Pallmeyer |
| American Builders & Contractors Supply Co., Inc., et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2025:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiffs three beneficiaries of a land trust for property located in Illinois, have sued several Defendants for breach of a lease agreement. The court has jurisdiction over such a case only if there is complete diversitythat is, only if no defendants are citizens of the state where plaintiffs are residents and citizens. Two of the three are Illinois residents, and it appears that at least some of the name Defendants are also citizens of Illinois. Defendant is directed to show cause with 14 days why this case should not be dismissed for lack of jurisdiction. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.