# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

| | |
|---|---|
| Joanne T Almiro, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:25–cv–01175 |
| | Honorable Rebecca R. Pallmeyer |
| American Builders & Contractors Supply Co., Inc., et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: In response to the court's order to show cause [4], Plaintiff has satisfied the court that American Builders & Contractors Supply Co., a Delaware and Wisconsin corporation, is diverse in citizenship from Plaintiffs, who are citizens of Illinois and Arizona [6]. Plaintiff's submission says nothing, however, about the citizenship of other named Defendants. For example, the court's internet research suggests that Defendant Zechman Supply is a Chicago–based business, and that L & W Supply is located in Roselle, Illinois. The court has jurisdiction over this state law dispute only if all Plaintiffs are diverse in citizenship from all Defendants. That test does not appear to be satisfied here. This case is dismissed without prejudice. Civil case terminated. This is not an adjudication on the merits. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.